No. 268, Misc.  CAUER ET AL. *v.* JUSTICES OF THE UNITED STATES COURT OF CUSTOMS AND PATENT APPEALS.  Motion for leave to file petition for writ of mandamus and/or prohibition denied.  *Robert H. Rines* and *Nelson H. Shapiro* for petitioners.  *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for respondents.

No. 185.  UNITED STATES ET AL. *v.* BOYD, COMMISSIONER.  Appeal from the Supreme Court of Tennessee. Probable jurisdiction noted.  *Solicitor General Cox, Assistant Attorney General Oberdorfer, I. Henry Kutz, George F. Lynch* and *R. R. Kramer* for the United States et al.  *George F. McCanless,* Attorney General of Tennessee, and *Milton P. Rice* and *Walker T. Tipton,* Assistant Attorneys General, for appellee.

No. 204.  UNITED STATES *v.* ALUMINUM CO. OF AMERICA ET AL.  Appeal from the United States District Court for the Northern District of New York.  Probable jurisdiction noted.  *Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel, Donald F. Melchior* and *Charles D. Mahaffie, Jr.* for the United States. *Herbert A. Bergson, Howard Adler, Jr., Hugh Latimer* and *William K. Unverzagt* for appellees.

No. 220.  BAGGETT ET AL. *v.* BULLITT ET AL.  Appeal from the United States District Court for the Western District of Washington.  Probable jurisdiction noted.  *Arval A. Morris* and *Kenneth A. MacDonald* for appellants. *John J. O'Connell,* Attorney General of Washington, *Herbert H. Fuller,* Deputy Attorney General, and *Dean A. Floyd,* Assistant Attorney General, for appellees.